MATTHEW T. GOLDSBOROUGH, JR., Respondent, *v.* RICHARD F. GOLDSBOROUGH, Appellant.

*Goldsborough* v. *Goldsborough*, 163 App. Div. 948, affirmed.
(Argued April 5, 1917; decided April 24, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 25, 1914, affirming a judgment in favor of plaintiff entered upon a verdict. The complaint alleged that between the 1st day of May, 1901, and the 14th day of September, 1908, the plaintiff gave to the defendant in $50 semi-annual installments the sum of $800 to be applied by the defendant to the payment of interest on a mortgage on certain property in which the plaintiff was interested; that the defendant did not apply the moneys to the payment of the interest on the said mortgage but did convert the same to his own use and has refused to repay the same to the plaintiff upon demand. The judgment demanded is to recover the sum of $800 and interest as damages for the conversion of the said moneys. The answer denied the allegations of the complaint, and as a counterclaim alleged that prior to the time when these moneys were intrusted to the defendant to be applied in payment of such interest, and prior to November 1, 1900, the defendant as attorney at law had rendered services to the plaintiff and made disbursements for the plaintiff on

account of which the plaintiff was indebted to the defendant on November 1, 1900, in the sum of $1,079; and the answer further alleged that prior to the payment over of the moneys referred to in the complaint there was an agreement that such moneys should be applied to a debit and credit account between the plaintiff and the defendant, and might be applied by defendant in reduction of the plaintiff's indebtedness to the defendant.

*Howard Taylor, George Gordon Battle, Charles B. Brophy, Richard H. Goldsborough, Murray Goldsborough* and *R. F. Goldsborough* for appellant.

*Harry B. Twombly* and *Edward J. West* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CHASE, COLLIN, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.